# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

CLINT A. LORANCE,

       Petitioner,

v.                                             CASE NO. 19-cv-3232-JWL

COMMANDANT,
United States Disciplinary Barracks,
Ft. Leavenworth, Kansas,

       Respondent.

## RESPONDENT'S MOTION TO DISMISS

APPEARS NOW the Respondent, Commandant, Colonel Caroline Horton, by and through Jared S. Maag, Assistant United States Attorney, and hereby moves this Court to dismiss the above-entitled action. In support of her motion, the Respondent submits the following:

On November 15, 2019, the President of the United States[1] granted a full

---

[1] U.S. Const. art. II, Sec. 2, Cl. 1 ("(t)he President shall have Power to grant Reprieves and Pardons for Offenses against the United States, except in Cases of Impeachment.").

and unconditional pardon to petitioner.[2] Petitioner was released from custody that evening. Accordingly, this action by the Commander-in-Chief has "remit[ted] the punishment and blot[ted] out the existence of [petitioner's] guilt." *Ex Parte Garland*, 71 U.S. 333, 341-42 (4 Wall. 333) (1866); *see also*, *Castillo v. U.S. Atty. Gen.*, 756 F.3d 1268, 1274 (11th Cir. 2014) (". . . a full pardon bars all future punishment for the pardoned conviction.").

Second, as a result of this Pardon, petitioner is no longer confined at the United States Disciplinary Barracks at Ft. Leavenworth; thus, Respondent no longer has custody and control over petitioner. Consequently, jurisdiction over this matter no longer lies in the District of Kansas. *Rumsfeld v. Padilla*, 524 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.")

Finally, and even if this Court could retain jurisdiction over this matter—which it cannot as defendant no longer is subject to the jurisdiction of the District of Kansas—the issues before this Court are now moot as a result of the Pardon issued by the President of the United States. *See, e.g., United States v. Surratt*,

---

[2] *See* https://www.washingtonpost.com/national-security/2019/11/15/trump-issues-pardons-war-crimes-cases-despite-pentagon-opposition-move/ (Last visited on 11.18.19).

855 F.3d 218, 220 (4th Cir. 2017) (Wilkinson, J. concurring) (noting that District Courts are without power in inject themselves into the lawful act of a coordinate branch of government and "supersede a presidential pardon . . . with a contravening order of our own.").

In conclusion, the Presidential Pardon issued to petitioner in this matter has (1) divested Respondent of the custody and control over petitioner; thus, Colonel Horton is no longer a proper party to this litigation; (2) left this Court without jurisdiction over the entire proceeding as petitioner is no longer residing in the District of Kansas; and (3) left this matter with want of a case-or-controversy given that petitioner is, for all-intents-and-purposes, not convicted of a federal offense for which relief can be granted.

WHEREFORE, this Court must dismiss the matter forthwith.[3]

---

[3] The undersigned Counsel has not contacted petitioner's attorney to determine whether he objects to the present motion.  However, the government remains confident that the motion under consideration will not be met with an objection.

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney
District of Kansas

By:  /s/ *Jared S. Maag*
JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
jared.maag@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2019, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Carrie Elizabeth Parker
Joseph, Hollander & Craft, LLC - Topeka
1508 SW Topeka Blvd.
Topeka, KS 66612
785-234-3272
Fax: 785-234-3610
Email: cparker@josephhollander.com

Christopher Michael Joseph
Joseph, Hollander & Craft, LLC - Topeka
1508 SW Topeka Blvd.
Topeka, KS 66612
785-234-3272
Fax: 785-234-3610
Email: cjoseph@josephhollander.com

David G. Bolgiano
Maher Legal Services PC
7 East Main Street, Number 1053
St. Charles, IL 60174
410-903-2600
Email: airbornerobocop@yahoo.com

Diane L. Bellquist
Joseph, Hollander & Craft, LLC - Topeka
1508 SW Topeka Blvd.
Topeka, KS 66612
785-234-3272
Email: dbellquist@josephhollander.com

John N. Maher
Maher Legal Services, PC
7 East Main Street, Number 1053
St. Charles, IL 60174
708-468-8155
Email: johnmaher@maherlegalservices.com

                              By:    /s/ *Jared S. Maag*
                                    JARED S. MAAG, KS Bar No. 17222
                                    Assistant United States Attorney