IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CLINT A. LORANCE,**

    **Petitioner,**

    v.                             **CASE NO. 19-3232-JWL**

**COMMANDANT,**
**United States Disciplinary Barracks,**

    **Respondent.**

**O R D E R**

On February 7, 2022, Petitioner filed an Unopposed Motion to Stay Proceedings (Doc. 30). Petitioner requests a stay of the proceedings in this case pending the outcome of two cases currently before the United States Court of Appeals for the Tenth Circuit because decisions in those cases will provide binding precedent regarding the review an Article III court must undertake when asked to examine an Article I court's constitutional rulings. The two cases are: *Santucci v. Commandant*, D. Kan. 19-CV-3116-JWL, 10CCA 20-3149; and *Bales v. Commandant*, D. Kan. 19-CV-3112-JWL, 10CCA 20-3167. Petitioner states that Respondent has no objection to a stay.

The Court has reviewed the motion and finds that it should be granted.

**IT IS THEREFORE ORDERED BY THE COURT** that Petitioner's Unopposed Motion to Stay Proceedings (Doc. 30) is **granted**. This case is stayed pending the decisions of the U.S. Court of Appeals for the Tenth Circuit in *Santucci v. Commandant*, D. Kan. 19-CV-3116-JWL, 10CCA 20-3149; and *Bales v. Commandant*, D. Kan. 19-CV-3112-JWL, 10CCA 20-3167. The parties shall contact the Court within 30 days of the issuance of the mandate in the last of these cases for further scheduling in this matter.

**IT IS SO ORDERED**.

**Dated February 8, 2022, in Kansas City, Kansas.**

                                          **S/  John W. Lungstrum**
                                          **JOHN W. LUNGSTRUM**
                                          **UNITED STATES DISTRICT JUDGE**