UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CLINT LORANCE,<br><br>          Petitioner,<br><br>          v.<br><br>COMMANDANT, USDB,<br><br>          Respondent. | )<br>)<br>)<br>)<br>)   No. 5:19-CV-03232-JWL<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice.

Dated: October 27, 2023

Respectfully submitted,

/s/ John N. Maher   (*Pro Hac Vice*)
JOHN N. MAHER
MAHER LEGAL SERVICES, PC
17101 71st Avenue
Tinley Park, Illinois 60477
Tel: (708) 781-9212
john@maherlegalservices.com

*Attorney for Petitioner*

JARED S. MAAG, KS Bar No. 17222
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street Topeka, KS 66683
Ph: 785.295.2850 (Office)
Fax: 785.295.2853
jared.maag@usdoj.gov

*Attorney for Respondent*

/s/ Christopher M. Joseph
Christopher M. Joseph
Joseph, Hollander & Craft, LLC
5200 Bob Billings Pkwy., Ste. 201
Lawrence, KS 66049
Ph: 785-234-3272
Fax: 855-955-1318
cjoseph@josephhollander.com

*Attorney for Petitioner*